UNITED STATES DISTRICT COURT

Northern District of California

RHONDA PURDY,                                          No. C 11-04095 MEJ

          Plaintiff(s),                          **ORDER VACATING CMC**

  v.

LAW OFFICES OF THOMAS LANDIS, LLC,

          Defendant(s).
_____/

On October 25, 2011, the Clerk of Court entered default against the Defendant in this case. Accordingly, the December 1, 2011 Case Management Conference is VACATED. Plaintiff shall file a motion for default judgment within 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge