UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RHONDA PURDY,<br><br>　　　　Plaintiff(s),<br>　v.<br>LAW OFFICES OF THOMAS LANDIS, LLC,<br>　　　　Defendant(s).<br>_____/ | No. C 11-04095 MEJ<br><br>**ORDER VACATING CMC** |

On October 25, 2011, the Clerk of Court entered default against the Defendant in this case. Accordingly, the December 1, 2011 Case Management Conference is VACATED. Plaintiff shall file a motion for default judgment within 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California