UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RHONDA PURDY, | No. C 11-04095 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LAW OFFICES OF THOMAS LANDIS, LLC, | |
| Defendant. | |

On October 25, 2011, the Clerk of Court entered default against the Defendant in this case. Dkt. No. 5. Accordingly, on November 29, 2011, the Court vacated December 1, 2011 Case Management Conference and ordered Plaintiff to file a motion for default judgment within 30 days. Plaintiff has failed to comply. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by February 16, 2012, and the Court shall conduct a hearing on March 1, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge