**GRANTED**

*Judge Maria-Elena James*

Ryan Lee, Esq. (SBN 0235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (888) 755-0945
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RHONDA PURDY

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA PURDY, | Case No.: 11-cv-04095-MEJ |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| LAW OFFICE OF THOMAS LANDIS, | |
| Defendant. | |

NOW COMES the Plaintiff, RHONDA PURDY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: February 3, 2012          KROHN & MOSS, LTD.


By: /s/ Ryan Lee
     Ryan Lee
     Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, the foregoing Notice of Settlement was electronically filed with the Clerk of the Court by using the CM/ECF System. I further certify that on February 3, 2012, counsel of record were served with a copy of this document by way of electronic mail at tlandis@tomlandislaw.com and lweil@pacollaw.com.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff