# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RHONDA PURDY,<br><br>　　　　　Plaintiff,<br>　v.<br>LAW OFFICE OF THOMAS LANDIS,<br>　　　　　Defendants.<br>_____/ | No. C 11-4095 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT** |

On February 3, 2012, Plaintiff filed a Notice of Settlement, indicating that the settlement would be finalized within 40 days. Dkt. No. 11. As a dismissal has not been filed, the Court ORDERS Plaintiff to file a dismissal or status report by May 3, 2012.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge